| UNITED STATES DISTRICT COURT | United States Courts Southern District of Texas FILED 11/20/2020 David J. Bradley, Clerk of Court | SOUTHERN DISTRICT OF TEXAS |

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 20-35562 |
|---|---|---|---|

IN RE: GULFPORT ENERGY CORPORATION, DEBTOR

*versus*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Scott R. Farris<br>6500 N. Grand Blvd., #172<br>Oklahoma City, OK  73116<br>Tel. (405)205-6726<br>Fax (405)262-3661<br>farrislawfirm@gmail.com<br>Oklahoma Bar Association #17224 |

| Name of party applicant seeks to appear for: | N.V. Shires and Roger Beavers |

Has applicant been sanctioned by any bar association or court?   Yes __    __    No __ ✓ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/20/2020 | Signed: | Scott R. Farris |

| The state bar reports that the applicant's status is: | Active |
| Dated: 11/23/2020 | Clerk's signature | S| M. Mapps |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____

_____
United States District Judge