IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GULFPORT ENERGY CORPORATION, *et al.*,[1] | ) ) ) | Case No. 20-35562 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

**AGENDA FOR HEARING SCHEDULED FOR DECEMBER 18, 2020, AT 12:30 P.M. (PREVAILING CENTRAL TIME), BEFORE THE HONORABLE JUDGE DAVID R. JONES AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, AT COURTROOM 400, 515 RUSK STREET, HOUSTON, TEXAS 77002**

The above-captioned debtors and debtors in possession (collectively, the "Debtors")

hereby file their agenda for matters set for hearing on December 18, 2020, at 12:30 p.m. (prevailing

Central Time).

**MATTERS GOING FORWARD**

1.   **Final DIP Order.** Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition First Lien Secured Parties Pursuant to Sections 361, 362, 363, and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing [Docket No. 29].

   Responses Received:

   A.   QBE Insurance Corporation's Limited Objection and Reservation of Rights to Entry of Final Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Gulfport Energy Corporation (1290); Gator Marine, Inc. (1710); Gator Marine Ivanhoe, Inc. (4897); Grizzly Holdings, Inc. (9108); Gulfport Appalachia, LLC (N/A); Gulfport MidCon, LLC (N/A); Gulfport Midstream Holdings, LLC (N/A); Jaguar Resources LLC (N/A); Mule Sky LLC (6808); Puma Resources, Inc. (6507); and Westhawk Minerals LLC (N/A). The location of the Debtors' service address is: 3001 Quail Springs Parkway, Oklahoma City, Oklahoma 73134.

        Protection to the Prepetition First Lien Secured Parties Pursuant to Sections 361, 362, 363, and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriorty Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling A Final Hearing [Docket No. 291].

   B.   Ohio River Collieries Company's Limited Omnibus Objection to the Debtors' Cash Management Motion, DIP Motion And Backstop Motion [Docket No. 436].

   C.   The Official Committee of Unsecured Creditors Objection to Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Obtain Debtor-in-Possession Financing and Granting Liens and Superpriority Administrative Claims, and (II) Granting Related Relief [Docket No. 440].

Related Documents:

   A.   Interim Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition First Lien Secured Parties Pursuant to Sections 361, 362, 363, and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling A Final Hearing [Docket No. 114].

   B.   Debtors' Reply in Support of the DIP Motion [Docket No. 462].

   C.   *Proposed* Final Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Prepetition First Lien Secured Parties Pursuant to Sections 361, 362, 363, and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, and (V) Modifying the Automatic Stay [To be filed prior to hearing].

**Status**: This matter is going forward.

## WITNESS-EXHIBIT LISTS

2. Ohio River Collieries Company's Exhibit and May Call Witness List for December 18, 2020, at 12:30 P.M. (Prevailing Central Time) [Docket No. 432].

3. Witness and Exhibit List of the Official Committee of Unsecured Creditors in Connection With the Hearing on December 18, 2020, at 12:30 P.M. [Docket No. 443].

   A.   Sealed Exhibits [Docket No. 445].

4. Debtors' Witness and Exhibit List for Hearing Scheduled for December 18, 2020, at 12:30 P.M. (Prevailing Central Time) [Docket No. 446].

**ADJOURNED MATTERS**

5. **Final Cash Management Order.**  Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (B) Maintain Existing Business Forms and Books and Records, and (C) Continue to Perform Intercompany Transactions and (II) Granting Related Relief [Docket No. 28].

    Responses Received:

    A.   Ohio River Collieries Company's Limited Omnibus Objection to the Debtors' Cash Management Motion, DIP Motion And Backstop Motion [Docket No. 436].

    B.   The Debtors have received informal comments to the proposed Order from the Committee.

    Related Documents:

    A.   Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (B) Maintain Existing Business Forms and Books and Records, and (C) Continue to Perform Intercompany Transactions and (II) Granting Related Relief [Docket No. 115].

    **Status**:  This matter has been adjourned to the hearing scheduled for January 4, 2021 at 1:00 p.m. (Prevailing Central Time).

Houston, Texas
December 18, 2020

Respectfully Submitted,

*/s/ Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Veronica A. Polnick (TX Bar No. 24079148) | Edward O. Sassower, P.C. |
| Cameron A. Secord (TX Bar No. 24093659) | Steven N. Serajeddini, P.C. (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | 601 Lexington Avenue |
| Houston, Texas 77010 | New York, New York 10022 |
| Telephone:  (713) 752-4200 | Telephone:  (212) 446-4600 |
| Facsimile:  (713) 752-4221 | Facsimile:  (212) 446-4800 |
| Email:  mcavenaugh@jw.com | Email:  edward.sassower@kirkland.com |
|   vpolnick@jw.com |   steven.serajeddini@kirkland.com |
|   csecord@jw.com | |

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

-and-

Christopher S. Koenig (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  chris.koenig@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

**Certificate of Service**

I certify that on December 18, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Matthew D. Cavenaugh*
Matthew D. Cavenaugh