ENTERED
06/11/2021

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| GULFPORT ENERGY CORPORATION, *et al.*,[1] | : | Case No. 20-35562 (DRJ) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF NORTON ROSE
FULBRIGHT US LLP FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
DECEMBER 2, 2020 THROUGH AND INCLUDING JANUARY 31, 2021**
[Relates to Dkt. No. 1369]

Upon consideration of the *First Interim Fee Application of Norton Rose Fulbright US LLP*

*for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Co-*

*Counsel to the Official Committee of Unsecured Creditors for the Period from December 2, 2020*

*Through and Including January 31, 2021* (the "Application")[2] filed by Norton Rose Fulbright US

LLP; and this Court having jurisdiction over the Application; and due and adequate notice of the

Application and the relief requested therein having been given under the circumstances and no

other or further notice being required; and the Court having read and considered the Application,

objections to the Application, if any, and arguments of counsel, if any; and any objections to the

Application having been resolved or overruled; and for good cause shown;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Gulfport Energy Corporation (1290); Gator Marine, Inc. (1710); Gator Marine Ivanhoe, Inc. (4897); Grizzly Holdings, Inc. (9108); Gulfport Appalachia, LLC (N/A); Gulfport MidCon, LLC (N/A); Gulfport Midstream Holdings, LLC (N/A); Jaguar Resources LLC (N/A); Mule Sky LLC (6808); Puma Resources, Inc. (6507); and Westhawk Minerals LLC (N/A). The location of the Debtors' service address is: 3001 Quail Springs Parkway, Oklahoma City, Oklahoma 73134.

[2] Capitalized terms used but not defined herein shall have the meanings assigned to them in the Application.

**IT IS HEREBY ORDERED THAT:**

1.      The Application is GRANTED to the extent set forth;

2.      The fees for professional services rendered during the time periods set forth in the Application are allowed in the amount of $124,301.00 pursuant to section 331 of the Bankruptcy Code and approved on an interim basis under section 330 of the Bankruptcy Code;

3.      The Debtors are authorized to immediately pay the "Fees Allowed," inclusive of any applicable holdback in satisfaction of all such allowed fees that have not previously been paid pursuant to the Interim Compensation Order or otherwise, for a total amount of $124,301.00.

4.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Signed:  June 10, 2021.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**